S. Peter Serrano
United States Attorney
Eastern District of Washington
Caitlin Baunsgard
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone:  (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

10/22/25

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

                    Plaintiff,

          v.

ROBERT JOSEPH MCNABB,

                    Defendant.

INDICTMENT   2:25-cr-165-TOR

Vio.:

21 U.S.C. § 841(a)(1),
(b)(1)(A)(vi)
Possession with Intent to
Distribute 400 Grams or
More of Fentanyl
(Count 1)

18 U.S.C. § 924(c)(1)(A)
Possession of a Firearm in
Furtherance of Drug
Trafficking
(Count 2)

18 U.S.C. §§ 922(g)(1),
924(a)(8)
Felon in Possession of a
Firearm
(Count 3)

21 U.S.C. § 853, 18 U.S.C.
§ 924, 28 U.S.C. § 2461
Forfeiture Allegations

INDICTMENT - 1

The Grand Jury charges:

## COUNT 1

On or about October 7, 2025, in the Eastern District of Washington, the Defendant, ROBERT JOSEPH MCNABB, knowingly possessed with the intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi).

## COUNT 2

On or about October 7, 2025, the Defendant, ROBERT JOSEPH MCNABB, did knowingly possess a firearm, that is: a Smith & Wesson M&P 45 .45 caliber pistol with serial number DXK9658, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: Possession with Intent to Distribute Fentanyl in violation of 21 U.S.C. § 841(a)(1), as charged in Count 1, all in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT 3

On or about October 7, 2025, in the Eastern District of Washington, the Defendant, ROBERT JOSEPH MCNABB, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Smith & Wesson M&P 45 .45 caliber pistol with serial number DXK9658, which had been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

## SERIOUS DRUG FELONY

Before Defendant, ROBERT JOSEPH MCNABB, committed the offense in Count 1 of the Indictment, he had a final conviction for a serious drug felony, as defined in 21 U.S.C. § 802(58), to wit: Possession with Intent to Distribute 50 Grams or More of Methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii), in

INDICTMENT - 2

the United States District Court for the Eastern District of Washington, Case No. 2:18-CR-0045-RMP, and having served a term of imprisonment of more than 12 months, and having been released from that term of imprisonment within 15 years of the commencement of the instant offense.

NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841, as set forth in this Indictment, the Defendant, ROBERT JOSEPH MCNABB, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense. The property to be forfeited includes, but is not limited to:

- a Smith & Wesson M&P 45 .45 caliber pistol with serial number DXK9658

Pursuant to 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 924(c)(1)(A) and/or 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in this Indictment, the Defendant, ROBERT JOSEPH MCNABB, shall forfeit to the United States of America any firearm and ammunition involved or used in the commission of the offense, including but not limited to:

- a Smith & Wesson M&P 45 .45 caliber pistol with serial number DXK9658

If any forfeitable property, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

INDICTMENT - 3

e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 22nd day of October 2025.

A TRUE BILL

S. Peter Serrano
United States Attorney

Caitlin Baunsgard
Assistant United States Attorney

INDICTMENT - 4